GLENN H. JOHNSON (CA SBN 167366)
LAW OFFICES OF GLENN H. JOHNSON
606 E. 1st ST., SUITE 210
LOS ANGELES, CA 90012-4302
TEL: (213) 341-0102
FAX: (626) 381-9809
E-MAIL: GHJLAW90012@GMAIL.COM
ATTORNEY FOR STATE COURT ACTION
JUDGMENT-CREDITOR, CUDA ENTERPRISES, INC.,
AND INDIVIDUALLY AS A SIGNATORY TO
THE STIPULATION RE: GLOBAL SETTLEMENT
FILED 8/15/2017

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ADVANCED CLEANUP TECHNOLOGIES, INC., A CALIFORNIA CORPORATION<br><br>PLAINTIFF,<br><br>vs.<br><br>BP AMERICA, INC., A DELAWARE CORPORATION; DOES 1-10<br><br>DEFENDANTS. | **Case No.:**<br>**2:14-CV-9033 CAS (AJWX)**<br><br>[PROPOSED] **ORDER TO SHOW CAUSE RE: CONTEMPT OF COURT**<br><br>**DATE: JANUARY 22, 2018**<br>**TIME: 10:00 A.M.**<br>**COURTROOM: 8-D**<br>**350 W. 1st ST.,**<br>**LOS ANGELES, CA 90012** |

At the hearing in this matter on December 18, 2017, more specifically the hearing on creditor Carmen Batriz's Motion to Rescind the August 15, 2017 "Order Approving the Stipulation Re: Global Settlement of Judgment Creditor Rights Following Joint Motion Under California Code of Civil Procedure Section

---

**[PROPOSED]  ORDER TO SHOW CAUSE RE: CONTEMPT OF COURT**

708.470", the Court directed counsel Glenn H. Johnson to submit a proposed Order to Show Cause Re: Contempt of Court, which counsel has subsequently done.

**IT IS HEREBY ORDERED** that the principal of Plaintiff ADVANCED CLEANUP TECHNOLOGIES, INC., namely RUBEN GARCIA, who is the Chief Executive Officer, Secretary, Chief Financial Officer and Director of the Plaintiff corporation, shall appear before the Hon. Judge Christina A. Snyder in Courtroom 8-D at the United States District Court, 350 W. 1st St., Los Angeles, California 90012 on Monday, January 22, 2018 at 10:00 A.M. to show cause why ADVANCED CLEANUP TECHNOLOGIES, INC. should not be found to be in Contempt of Court and compelled by all lawful means to obey the Court Order filed in this action on August 15, 2017.

**IT IS HEREBY FURTHER ORDERED** that a copy of this Order to Show Cause, together with a copy of the Order filed August 15, 2017, shall be served upon RUBEN GARCIA by any means of service permitted by Fed. R. Civ. P. 4(e) unless such service cannot be made despite reasonable efforts. In all events service to the Plaintiff corporation by serving its counsel in this action, namely Andrew Callari, Esq., shall be deemed sufficient service to the Plaintiff corporation.

**IT IS SO ORDERED.**

Dated: December 20, 2017  _____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

**[PROPOSED]   ORDER TO SHOW CAUSE RE: CONTEMPT OF COURT**