## CIVIL MINUTES – GENERAL          'O'

| Case No. | 2:14-cv-9033-CAS(AJWx) | Date | April 18, 2018 |
|---|---|---|---|
| Title | ADVANCED CLEANUP TECHNOLOGIES, INC. v. BP AMERICA INC. ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - MOTION TO SET ASIDE ORDER APPROVING STIPULATION RE GLOBAL SETTLEMENT AGREEMENT (Dkt. 86, filed November 17, 2017)

On October 16, 2014, plaintiff Advanced Cleanup Technologies, Inc. ("ACTI") initiated this action against defendant BP America, Inc. in Los Angeles County Superior Court. Dkt. 1. On November 21, 2014, BP America removed this action to this Court on the basis of both federal question and diversity jurisdiction. Id. On June 7, 2016, BP filed a notice of settlement. Dkt. 62. Subsequently, two claimants, Cuda Enterprises, Inc.[1] ("Cuda") and Carmen M. Batriz ("Batriz") filed notices of liens in this action against any recovery ACTI might obtain from BP America. On August 14, 2017, all interested parties signed a global settlement agreement, which was executed by the following individuals: Ruben Garcia, president of ACTI; Andrew Callari, counsel for ACTI; Steve Zipp, individually and as principal of HaYomYom, LLC; Glenn Johnson, individually and on behalf of the Law Office of Glenn Johnson; Roger Taylor, individually and on behalf of Michaels Andrews and Associates; and Batriz, individually and on behalf of CMB Professional Services. Dkt. 83. The Court issued an order approving the stipulation on August 15, 2017. Dkt. 84.

On November 17, 2017, Batriz filed a motion to set aside the Court's August 15, 2017 Order on the grounds that ACTI had failed to pay its settlement obligation under the terms of the global settlement. Dkt. 86.

The Court held a hearing on December 18, 2017, and requested that Johnson submit a proposed order to show cause why ACTI should not be held in contempt for failure to abide by the terms of the global settlement agreement. Dkt. 92. On December

---

[1]     Cuda assigned its judgment to HaYomYom, LLC in April 2015. Dkt. 87 at 1.

## CIVIL MINUTES – GENERAL    'O'

| Case No. | 2:14-cv-9033-CAS(AJWx) | Date | April 18, 2018 |
|---|---|---|---|
| Title | ADVANCED CLEANUP TECHNOLOGIES, INC. v. BP AMERICA INC. ET AL. | | |

20, 2017, the Court ordered Ruben Garcia to appear before the Court on January 22, 2018, and show cause why ACTI should not be found in contempt of Court and compelled to obey the August 15, 2017 Order.  Dkt. 93.

On January 19, 2018, ACTI filed a notice of deposit of its portion of the settlement agreement.  Dkt. 94.  The Court continued the hearing on the order to show cause to February 12, 2018.  Prior to the February 12 hearing, ACTI's counsel informed the Court that ACTI's check did not clear and that it had been returned.

On February 12, 2018, the Court held a hearing on the order to show cause in which Garcia failed to appear on behalf of ACTI.  After hearing from Johnson, Batriz, ACTI's counsel, and BP's counsel, the Court concluded that the settlement agreement had been partly performed, and indicated that ACTI's failure to pay its portion would result in a finding of contempt.

On February 16, 2018, the Court issued an order finding ACTI in civil contempt for failing to comply with the Court's August 15, 2017 order, and imposed a $250.00 daily fine payable to the Court for each day ACTI remains out of compliance with the August 15 order.

In accordance with the foregoing, the Court **DENIES** Batriz's motion to set aside the Court's August 15, 2017 order approving the global settlement agreement.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |